4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

YOLANDA STEWART,

                Defendant.

_____/

Case: 1:16-cr-20469
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-28-2016 At 04:03 PM
INFO USA v. Yolanda Stewart (krk)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

From approximately 1999 to on or about December 16, 2015, in the Eastern District of Michigan, Yolanda Stewart, defendant herein, for her own private financial gain and for the commercial advantage of others, knowingly conspired with others, including various farm owners and operators, to unlawfully transport, harbor and shield from detection one or more aliens in violation of 8 USC 1324(a)(1)(A)(ii) and (iii), knowing and in reckless disregard of the fact that the aliens had come to, entered or remained in the United States in violation of the law, all in violation of 8 USC §1324(a)(1)(A)(v)(I) and (B)(1).

Ways and Means of the Conspiracy

As part of the conspiracy, Yolanda Stewart and another transported illegal aliens to farms in Huron and Tuscola Counties, and elsewhere in the Eastern

District of Michigan, to enable the illegal aliens to obtain work and the farms, farm owners and farm operators to obtain the services of the illegal alien workers.

As a further part of the conspiracy, Yolanda Stewart harbored and aided farm owners and operators in harboring illegal aliens in Huron and Tuscola Counties, and elsewhere in the Eastern District of Michigan, to enable the farms to retain the services of the illegal alien workers.

As a further part of the conspiracy, Yolanda Stewart helped the illegal alien workers to obtain fraudulent identity documents.

As a further part of the conspiracy, Yolanda Stewart helped the illegal alien workers cash their paychecks.

As a further part of the conspiracy, Yolanda Stewart helped the illegal alien workers send wire transfers of funds, often to other countries.

As a further part of the conspiracy, Yolanda Stewart helped the illegal alien workers shop for food, clothes and other items.

As a further part of the conspiracy, Yolanda Stewart agreed to transport illegal alien workers from other states to Michigan to enable the workers to find employment in the Eastern District of Michigan.

As a further part of the conspiracy, Yolanda Stewart and another charged the illegal aliens and the farms, farm owners and farm operators that employed the illegal aliens for the services provided to the illegal aliens and the farms, farm owners and farm operators by Yolanda Stewart and another.

As a further part of the conspiracy, Stewart alerted farm owners and operators when she had reason to believe that immigration authorities were near the farms that she serviced, warning the farm owners and operators to keep the workers from leaving the farms to avoid detection.

All in violation of 8 USC §§1324(a)(1)(A)(v)(I) and (B)(1).

Date:  June 28, 2016

Barbara L. McQuade
United States Attorney


Craig F. Wininger (P57058)
Supervisory Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
(989) 895-5712
craig.wininger@usdoj.gov

Janet L. Parker (P34931)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
(989) 895-5712
janet.parker2@usdoj.gov

Companion Case information MUST be completed by AUSA and initialed

| United States District Court Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008 [ ]

### Companion Case Information

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes         ☐ No

> Case: 1:16-cr-20469
> Judge: Ludington, Thomas L.
> MJ: Morris, Patricia T.
> Filed: 06-28-2016 At 04:03 PM
> INFO USA v. Yolanda Stewart (krk)

Case Title: USA v. YOLANDA STEWART

County where offense occurred : Huron

Check One: ☐ Felony      ☐ Misdemeanor      ☐ Petty

_____ Indictment/ _____ Information --- **no** prior complaint.

_____ Indictment/ __X__ Information --- based upon prior complaint [Case number:] 1:15mj 30538

_____ Indictment/ _____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No:                                    Judge:

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☐     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: June 28, 2016

Janet L. Parker
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: janet.parker2@usdoj.gov
Attorney Bar #:   P-34931

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09